IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:22CR104-CWR-FKB

JOHN DAVIS

## MOTION TO SEAL

The United States of America requests that the Information and all documents filed herein be sealed, and represents the following:

The United States Attorney has filed an Information against the Defendant. The United States, in consultation with counsel for the Defendant, anticipates setting a future date for the initial appearance, requesting a summons, and scheduling the surrender of the Defendant. Revealing the existence of the file and Information prior to the surrender of the Defendant could greatly impede the ongoing related investigation. However, the government requests that the U.S. Marshals Service and/or the United States Attorney's Office be allowed to make copies of the information, summons, warrant, and any related documents available to other federal, state and local law enforcement agencies who request the same to facilitate future surrender, initial appearance and arraignment of the Defendant.

WHEREFORE, the United States requests that the Court SEAL the file and all documents filed including but not limited to the Information and Return, and this Motion and the Order to Seal, pending summons, surrender, and arraignment of the Defendant and that copies be distributed to law enforcement agencies as needed.

Respectfully submitted,

DARREN J. LAMARCA
UNITED STATES ATTORNEY

By: _____
DAVID H. FULCHER
Assistant United States Attorney
Mississippi Bar No.: 10179