

## PRAECIPE FOR WARRANT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **SEALED** |
| v. | **CRIMINAL NO.:  3:22-cr-00104 CWR-FKB** |
| **JOHN DAVIS**<br>(wherever found) | |

The Clerk of this Court will issue a warrant, an Information against the above-named Defendant having been filed in the Southern District of Mississippi the above-entitled cause on the 15th day of September 2022.

This the 20th day of September 2022.

DARREN J. LAMARCA
UNITED STATES ATTORNEY

By: _____
DAVID H. FULCHER
Assistant United States Attorney
MSB#: 10179

Warrant Issued: _____

(DHF/FBI)