IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**SEP 2 1 2022**

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO.: 3:22-cr-00104 CWR-FKB

JOHN DAVIS

### GOVERNMENT'S MOTION TO UNSEAL THE INFORMATION

COMES NOW the United States of America, hereinafter "the Government", requesting that the above styled matter be unsealed and represents the following:

Revealing the existence of the Information at this time would not jeopardize law enforcement agents and would assist in the prosecution of the case.

WHEREFORE, the Government requests that the Court UNSEAL the above styled matter.

RESPECTFULLY SUBMITTED, this the 21st day of September, 2022.

DARREN J. LAMARCA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF MISSISSIPPI

By:    */s/ DAVID H. FULCHER*
DAVID H. FULCHER
Assistant United States Attorney