IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:22-cr-00104CWR-FKB

JOHN DAVIS

**ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL THE INFORMATION**

THIS CAUSE having come on before the Court on motion of the Government to Unseal the above styled matter, being fully advised in the premises, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled matter is hereby unsealed.

SO ORDERED AND ADJUDGED this the 21st day of SEPTEMBER, 2022.

_____
UNITED STATES MAGISTRATE JUDGE