AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 21 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America )<br>v. )<br>JOHN DAVIS )<br>)<br>*Defendant* ) | Case No.  3:22-cr-00104 CWR-FKB |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  09/21/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Charles R. Mullins
*Printed name of defendant's attorney*

_____
*Judge's signature*

F. Keith Ball, United States Magistrate Judge
*Judge's printed name and title*